FILED
U.S. DISTRICT COURT

2006 DEC 26  A 10: 06

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH – CENTRAL DIVISION

| | |
|---|---|
| **DARRELL G. HAFEN** <br><br> Plaintiffs, <br><br> v. <br><br> **KEVIN CARTER, et al.,** <br><br> Defendants. | **MEMORANDUM OPINION AND ORDER** <br><br> Case No. 2:06cv989 <br><br> Judge Dee Benson |

On November 28, 2006, Mr. Hafen filed a complaint, a motion for temporary restraining order, and a motion for service of process before this Court. Both the complaint and motion for temporary restraining order sought to prevent the defendants from proceeding with a meeting slated for November 30, 2006. Because the date of the meeting has passed, plaintiffs' complaint, motion for temporary restraining order, and motion for service of process are hereby dismissed as moot.

IT IS SO ORDERED.

DATED this 19th day of December, 2006.

_____
Judge Dee Benson