IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH - CENTRAL DIVISION

| | |
|---|---|
| **DARRELL G. HAFEN,**<br><br>    Plaintiff,<br><br>vs.<br><br>**KEVIN CARTER, et al.,**<br><br>    Defendants. | **MEMORANDUM OPINION AND ORDER**<br><br>Case No. 2:06 CV 989 |

    In December 2006 the Court entered a Memorandum Opinion and Order dismissing as moot Plaintiff's Complaint, Motion for Temporary Restraining Order, and Motion for Service of Process, at which point this case was terminated and closed by the clerk's office. Plaintiff has since filed what is captioned as "Amended Complaint" (Docket #15), a Motion for Discovery (Docket #16), a Motion for Clarification (Docket #17), a Motion for Reconsideration (Docket #17), and a Motion for Status Hearing (Docket #18).

    After a careful review of Plaintiff's written submissions, the Court finds each of Plaintiff's above referenced motions to be without merit and are consequently DENIED. Furthermore, the Court declines to accept Plaintiff's "Amended Complaint" as it was filed after this case had been closed, in addition to its other procedural defects. *See* DUCivR 3-5.

    IT IS SO ORDERED.

DATED this 9th day of February, 2007.

_____
Dee Benson
United States District Judge