FILED
U.S. DISTRICT COURT

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

2007 DEC 12 P 3: 02

CENTRAL DIVISION

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

| | |
|---|---|
| DARRELL G. HAFEN,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN CARTER, DIRECTOR OF SITLA; AND MICHAEL MORRIS, CHAIRMAN OF SITLA,<br><br>Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br><br><br>Case No. 2:06 CV 989 TC |

Plaintiff filed this action *pro se* and *in forma pauperis* on November 28, 2006[1]. On October 26, 2007, this case was referred to United States Magistrate Judge Paul M. Warner pursuant to 28 U.S.C. § 636(b)(1)(B).

On November 21, 2007, Judge Warner issued a Report and Recommendation in this case, recommending that plaintiff's amended complaint be dismissed as frivolous pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i). Plaintiff filed a timely objection to the magistrate's Report and Recommendation on November 30, 2007. The court has fully considered, *de novo*, the file in this case including Judge Warner's recommendation and the plaintiff's objection, and

---

[1] The complete history of this case is set out in the Report and Recommendation and will not be repeated in this order.

has reviewed the sufficiency of the allegations in the amended complaint. The court finds Judge Warner's conclusions are correct in all respects, and hereby adopts the United States Magistrate Judge's Report and Recommendation as the order of the court. Accordingly, plaintiff's amended complaint is dismissed.

SO ORDERED this 12thday of December, 2007.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
Chief Judge